[THE STATE, EX REL.] WALTON, APPELLANT, *v.* HUNTER, JUDGE, ET AL., APPELLEES.

[Cite as State, ex rel. Walton, *v.* Hunter (1991), 57 Ohio St. 3d 134.]

(No. 90-1967—Submitted January 8, 1991—Decided February 6, 1991.)

*William J. Walton, pro se.*
*Charles L. Bartholomew,* prosecuting attorney, for appellees.

The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.